IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAMONTE CHARLES
ARRINGTON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D15-5213

v.

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Duval County.
 Marianne L. Aho, Judge.

Nancy A. Daniels, Public Defender, David Alan Henson, Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.